IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY JACOBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | JURY DEMAND(12) |
| 1719 WEST END OPERATIONS, LLC ) | |
| d/b/a HOTEL INDIGO NASHVILLE- ) | CIVIL DOCKET #: 3:10-CV-00072 |
| WEST END, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Counsel for the parties have advised the Court that all issues between the parties to this civil action have been compromised and settled and that this civil action should be dismissed with prejudice as to all party-defendants.

It is accordingly **ORDERED, ADJUDGED and DECREED** that this action is dismissed with prejudice.

ENTERED this 18th day of October, 2010.

WILLIAM J. HAYNES
United States District Judge

APPROVED FOR ENTRY:

s/Shomari D. Dailey
Shomari D. Dailey
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
(615) 244-9270

*Attorney for Defendant,*
*1719 West End Operation, LLC d/b/a*
*Hotel Indigo Nashville-West End*